UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>v.                                                           )<br>DONALD G. COX, III,                    )<br>            Defendants.                        ) | 2:09-CR-00380-PMP-LRL<br><br>ORDER |

On May 15, 2014, the Court held a hearing on a Request for Hearing to Modify Conditions or Terms of Supervision. (Mins. of Proceedings (Doc. #37).)  At the hearing, Defendant Donald G. Cox, III and Plaintiff United States of America stipulated that Defendant Cox had missed his drug tests and the parties agreed to thirty (30) days at the halfway house with work release and an additional twenty (20) hours of community service. Defendant Cox will report to the halfway house on June 1, 2014.  All prior conditions of release will remain in effect.  Defendant Cox is continued on the present terms of release with the aforementioned revisions.

           IT IS SO ORDERED.

DATED:  May 28, 2014

_____
PHILIP M. PRO
United States District Judge